Fill in this information to identify your case:

Debtor 1     **James K. Donovan**

Debtor 2     **Alison M. Donovan**
(Spouse, if filing)

United States Bankruptcy Court for the:    Middle District of Pennsylvania, Wilkes-Barre Division

Case number
(if known)

Check the appropriate box as directed in lines 40 or 42:

According to the calculations required by this Statement:

■ 1. There is no presumption of abuse.

☐ 2. There is a presumption of abuse.

☐ Check if this is an amended filing

# Official Form 122A - 2
# Chapter 7 Means Test Calculation

04/16

**To fill out this form, you will need your completed copy of** *Chapter 7 Statement of Your Current Monthly Income* **(Official Form 122A-1).**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form, Include the line number to which additional information applies. On the top any additional pages, write your name and case number (if known).**

### Part 1: Determine Your Adjusted Income

1. **Copy your total current monthly income.** Copy line 11 from Official Form 122A-1 here=>........ $    **5,625.60**

2. **Did you fill out Column B in Part 1 of Form 122A-1?**
   ☐ No.    Fill in $0 for the total on line 3.
   ■ Yes.    Is your spouse Filing with you?
        ☐ No.      Go to line 3.
        ■ Yes.     Fill in $0 the total on line 3.

3. **Adjust your current monthly income by subtracting any part of your spouse's income not used to pay for the household expenses of you or your dependents.** Follow these steps:

   On line 11, Column B of Form 122A-1, was any amount of the income you reported for your spouse NOT regularly used for the household expenses of you or your dependents?

   ■ No.    Fill in 0 for the total on line 3.
   ☐ Yes.   Fill in the information below:

   | State each purpose for which the income was used<br>For example, the income is used to pay your spouse's tax debt or to support other than you or your dependents. | Fill in the amount you are subtracting from your spouse's income |
   |---|---|
   | _____ | $ _____ |
   | _____ | $ _____ |
   | _____ | $ _____ |
   | **Total.** | $     **0.00** |

   Copy total here=>... - $    **0.00**

4. **Adjust your current monthly income.** Subtract line 3 from line 1.      $    **5,625.60**

| Part 2: | Calculate Your Deductions from Your Income |
|---|---|

**The Internal Revenue Service (IRS) issues National and Local Standards for certain expense amounts. Use these amounts to answer the questions in lines 6-15. To find the IRS standards, go online using the link specified in the separate instructions for this form. This information may also be available at the bankruptcy clerk's office.**

Deduct the expense amounts set out in lines 6-15 regardless of your actual expense. In later parts of the form, you will use some of your actual expenses if they are higher than the standards. Do not deduct any amounts that you subtracted fro your spouse's income in line 3 and do not deduct any operating expenses that you subtracted from in income in lines 5 and 6 of form 122A-1.

If your expenses differ from month to month, enter the average expense.

Whenever this part of the from refers to *you,* it means both you and your spouse if Column B of Form 122A-1 is filled in.

5. **The number of people used in determining your deductions from income**

   Fill in the number of people who could be claimed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. This number may be different from the number of people in your household.

   **3 Living**
   **0 Housing**

| **National Standards** | You must use the IRS National Standards to answer the questions in lines 6-7. |
|---|---|

6. **Food, clothing, and other items:** Using the number of people you entered in line 5 and the IRS National Standards, fill in the dollar amount for food, clothing, and other items.   $ **1,378.00**

7. **Out-of-pocket health care allowance:** Using the number of people you entered in line 5 and the IRS National Standards, fill in the dollar amount for out-of-pocket health care. The number of people is split into two categories--people who are under 65 and people who are 65 or older--because older people have a higher IRS allowance for health care costs. If your actual expenses are higher than this IRS amount, you may deduct the additional amount on line 22.

   **People who are under 65 years of age**

   | 7a. | Out-of-pocket health care allowance per person | $ | **49** | | | |
   |---|---|---|---|---|---|---|
   | 7b. | Number of people who are under 65 | X | **3** | | | |
   | 7c. | **Subtotal.** Multiply line 7a by line 7b. | $ | **147.00** | Copy here=> | $ | **147.00** |

   **People who are 65 years of age or older**

   | 7d. | Out-of-pocket health care allowance per person | $ | **117** | | | |
   |---|---|---|---|---|---|---|
   | 7e. | Number of people who are 65 or older | X | **0** | | | |
   | 7f. | **Subtotal.** Multiply line 7d by line 7e. | $ | **0.00** | Copy here=> | +$ | **0.00** |
   | 7g. | **Total.** Add line 7c and line 7f | $ | **147.00** | Copy total here=> | $ | **147.00** |

| Debtor 1 | Donovan, James K. & Donovan, Alison M. | Case number (*if known*) | |
|---|---|---|---|
| Debtor 2 | | | |

**Local Standards**  You must use the IRS Local Standards to answer the questions in lines 8-15.

**Based on information from the IRS, the U.S. Trustee Program has divided the IRS Local Standard for housing for bankruptcy purposes into two parts:**

- **Housing and utilities - Insurance and operating expenses**
- **Housing and utilities - Mortgage or rent expenses**

**To answer the questions in lines 8-9, use the U.S. Trustee Program chart.**

To find the chart, go online using the link specified in the separate instructions for this form.
This chart may also be available at the bankruptcy clerk's office.

8. **Housing and utilities - Insurance and operating expenses:** Using the number of people you entered in line 5, fill in the dollar amount listed for your county for insurance and operating expenses. ........................................... $ **649.00**

9. **Housing and utilities - Mortgage or rent expenses:**

   9a. Using the number of people you entered in line 5, fill in the dollar amount listed for your county for mortgage or rent expenses.................................. $ **986.00**

   9b. Total average monthly payment for all mortgages and other debts secured by your home.

   To calculate the total average monthly payment, add all amounts that are contractually due to each secured creditor in the 60 months after you file for bankruptcy. Then divide by 60.

   | Name of the creditor | Average monthly payment |
   |---|---|
   | **M & T Bank** | $ **2,780.60** |

   Total average monthly payment  $ **2,780.60**   **Copy here=>**   -$ **2,780.60**   Repeat this amount on line 33a.

   9c. Net mortgage or rent expense.

   Subtract line 9b (*total average monthly payment*) from line 9a (*mortgage or rent expense*). If this amount is less than $0, enter $0. ........................  $ **0.00**  **Copy here=>**  $ **0.00**

10. **If you claim that the U.S. Trustee Program's division of the IRS Local Standard for housing is incorrect and affects the calculation of your monthly expenses, fill in any additional amount you claim.** $ **0.00**

    Explain why: _____

11. **Local transportation expenses:** Check the number of vehicles for which you claim an ownership or operating expense.

    ■ 0. Go to line 14.

    ☐ 1. Go to line 12.

    ☐ 2 or more. Go to line 12.

12. **Vehicle operation expense:** Using the IRS Local Standards and the number of vehicles for which you claim the operating expenses, fill in the *Operating Costs* that apply for your Census region or metropolitan statistical area. $ **0.00**

13. **Vehicle ownership or lease expense:** Using the IRS Local Standards, calculate the net ownership or lease expense for each vehicle below. You may not claim the expense if you do not make any loan or lease payments on the vehicle. In addition, you may not claim the expense for more than two vehicles.

   **Vehicle 1**   Describe Vehicle 1: _____

   13a. Ownership or leasing costs using IRS Local Standard.......................... $ _____ **0.00**

   13b. Average monthly payment for all debts secured by Vehicle 1.
   Do not include costs for leased vehicles.

   To calculate the average monthly payment here and on line 13e, add all amounts that are contractually due to each secured creditor in the 60 months after you filed for bankruptcy. Then divide by 60.

   | Name of each creditor for Vehicle 1 | Average monthly payment |
   |---|---|
   | _____ | $ _____ |
   | Total Average Monthly Payment | $ _____ |

   Copy here => -$ _____ **0.00**   Repeat this amount on line 33b.

   13c. Net Vehicle 1 ownership or lease expense
   Subtract line 13b from line 13a. if this amount is less than $0, enter $0.......... $ _____ **0.00**

   **Copy net Vehicle 1 expense here =>** $ _____ **0.00**

   **Vehicle 2**   Describe Vehicle 2: _____

   13d. Ownership or leasing costs using IRS Local Standard.......................... $ _____ **0.00**

   13e. Average monthly payment for all debts secured by Vehicle 2. Do not include costs for leased vehicles.

   | Name of each creditor for Vehicle 2 | Average monthly payment |
   |---|---|
   | _____ | $ _____ |
   | Total Average Monthly Payment | $ _____ |

   Copy here => -$ _____ **0.00**   Repeat this amount on line 33c.

   13f. Net Vehicle 2 ownership or lease expense
   Subtract line 13e from line 13d. if this amount is less than $0, enter $0. ....... $ _____ **0.00**

   **Copy net Vehicle 2 expense here =>** $ _____ **0.00**

14. **Public transportation expense:** If you claimed 0 vehicles in line 11, using the IRS Local Standards, fill in the *Public Transportation* expense allowance regardless of whether you use public transportation. $ _____ **189.00**

15. **Additional public transportation expense:** If you claimed 1 or more vehicles in line 11 and if you claim that you may also deduct a public transportation expense, you may fill in what you believe is the appropriate expense, but you may not claim more than the IRS Local Standard for *Public Transportation*. $ _____ **0.00**

| Other Necessary Expenses | In addition to the expense deductions listed above, you are allowed your monthly expenses for the following IRS categories. |
|---|---|

16. **Taxes:** The total monthly amount that you will actually owe for federal, state and local taxes, such as income taxes, self-employment taxes, Social Security taxes, and Medicare taxes. You may include the monthly amount withheld from your pay for these taxes. However, if you expect to receive a tax refund, you must divide the expected refund by 12 and subtract that number from the total monthly amount that is withheld to pay for taxes.

    Do not include real estate, sales, or use taxes. $ _____ **1,188.98**

17. **Involuntary deductions:** The total monthly payroll deductions that your job requires, such as retirement contributions, union dues, and uniform costs.

    Do not include amounts that are not required by your job, such as voluntary 401(k) contributions or payroll savings. $ _____ **0.00**

18. **Life Insurance:** The total monthly premiums that you pay for your own term life insurance. If two married people are filing together, include payments that you make for your spouse's term life insurance. Do not include premiums for life insurance on your dependents, for a non-filing spouse's life insurance, or for any form of life insurance other than term. $ _____ **0.00**

19. **Court-ordered payments:** The total monthly amount that you pay as required by the order of a court or administrative agency, such as spousal or child support payments.

    Do not include payments on past due obligations for spousal or child support. You will list these obligations in line 35. $ _____ **0.00**

20. **Education:** The total monthly amount that you pay for education that is either required:

    ■ as a condition for your job, or

    ■ for your physically or mentally challenged dependent child if no public education is available for similar services. $ _____ **0.00**

21. **Childcare:** The total monthly amount that you pay for childcare, such as babysitting, daycare, nursery, and preschool.

    Do not include payments for any elementary or secondary school education. $ _____ **0.00**

22. **Additional health care expenses, excluding insurance costs:** The monthly amount that you pay for health care that is required for the health and welfare of you or your dependents and that is not reimbursed by insurance or paid by a health savings account. Include only the amount that is more than the total entered in line 7.

    Payments for health insurance or health savings accounts should be listed only in line 25. $ _____ **0.00**

23. **Optional telephone and telephone services:** The total monthly amount that you pay for telecommunication services for you and your dependents, such as pagers, call waiting, caller identification, special long distance, or business cell phone service, to the extent necessary for your health and welfare or that of your dependents or for the production of income, if it is not reimbursed by your employer.

    Do not include payments for basic home telephone, internet and cell phone service. Do not include self-employment expenses, such as those reported on line 5 of Official Form 122A-1, or any amount you previously deducted. **+**$ _____ **0.00**

24. **Add all of the expenses allowed under the IRS expense allowances.**
    Add lines 6 through 23. $ _____ **3,551.98**

| **Additional Expense Deductions** | These are additional deductions allowed by the Means Test. |
|---|---|
| | *Note*: Do not include any expense allowances listed in lines 6-24. |

25. **Health insurance, disability insurance, and health savings account expenses.** The monthly expenses for health insurance, disability insurance, and health savings accounts that are reasonably necessary for yourself, your spouse, or your dependents.

    Health insurance              $ __0.00__
    Disability insurance          $ __0.00__
    Health savings account      + $ __0.00__

    Total                         $ __0.00__    Copy total here=>      $ __0.00__

    Do you actually spend this total amount?

    ☐ No. How much do you actually spend?
    ■ Yes                         $ _____

26. **Continued contributions to the care of household or family members.** The actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. These expenses may include contributions to an account of a qualified ABLE program. 26 U.S.C.§ 529A(b).    $ __0.00__

27. **Protection against family violence.** The reasonably necessary monthly expenses that you incur to maintain the safety of you and your family under the Family Violence Prevention and Services Act or other federal laws that apply.

    By law, the court must keep the nature of these expenses confidential.    $ __0.00__

28. **Additional home energy costs.** Your home energy costs are included in your insurance and operating expenses on line 8.

    If you believe that you have home energy costs that are more than the home energy costs included in expenses on line 8, then fill in the excess amount of home energy costs.

    You must give your case trustee documentation of your actual expenses, and you must show that the additional amount claimed is reasonable and necessary.    $ __0.00__

29. **Education expenses for dependent children who are younger than 18.** The monthly expenses (not more than $160.42* per child) that you pay for your dependent children who are younger than 18 years old to attend a private or public elementary or secondary school.

    You must give your case trustee documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in lines 6-23.

    * Subject to adjustment on 4/01/19, and every 3 years after that for cases begun on or after the date of adjustment.    $ __0.00__

30. **Additional food and clothing expense.** The monthly amount by which your actual food and clothing expenses are higher than the combined food and clothing allowances in the IRS National Standards. That amount cannot be more than 5% of the food and clothing allowances in the IRS National Standards.

    To find a chart showing the maximum additional allowance, go online using the link specified in the separate instructions for this form. This chart may also be available at the bankruptcy clerk's office.

    You must show that the additional amount claimed is reasonable and necessary.    $ __0.00__

31. **Continuing charitable contributions.** The amount that you will continue to contribute in the form of cash or financial instruments to a religious or charitable organization. 26 U.S.C. § 170(c)(1)-(2).    +$ __0.00__

32. **Add all of the additional expense deductions.**
    Add lines 25 through 31.    $ __0.00__

| Debtor 1 | Donovan, James K. & Donovan, Alison M. | Case number (*if known*) | |
|---|---|---|---|
| Debtor 2 | | | |

**Deductions for Debt Payment**

33. **For debts that are secured by an interest in property that you own, including home mortgages, vehicle loans, and other secured debt, fill in lines 33a through 33e.**

    To calculate the total average monthly payment, add all amounts that are contractually due to each secured creditor in the 60 months after you file for bankruptcy. Then divide by 60.

    **Mortgages on your home:**                                                                 **Average monthly payment**

    33a.   Copy line 9b here _____ =>   $   **2,780.60**

    **Loans on your first two vehicles:**

    33b.   Copy line 13b here _____ =>   $   **0.00**

    33c.   Copy line 13e here _____ =>   $   **37.85**

    33d.   List other secured debts:

| Name of each creditor for other secured debt | Identify property that secures the debt | Does payment include taxes or insurance? | |
|---|---|---|---|
| -NONE- | | ☐ No  ☐ Yes | $ _____ |
| | | ☐ No  ☐ Yes | $ _____ |
| | | ☐ No  ☐ Yes | +$ _____ |

    33e.   Total average monthly payment. Add lines 33a through 33d _____  $ **2,818.45**   Copy total here=>  $ **2,818.45**

34. **Are any debts that you listed in line 33 secured by your primary residence, a vehicle, or other property necessary for your support or the support of your dependents?**

    ■ No.   Go to line 35.
    ☐ Yes.  State any amount that you must pay to a creditor, in addition to the payments listed in line 33, to keep possession of your property (called the *cure amount*). Next, divide by 60 and fill in the information below.

| Name of the creditor | Identify property that secures the debt | Total cure amount | | Monthly cure amount |
|---|---|---|---|---|
| -NONE- | | $ _____ | ÷ 60 = | $ _____ |

                                                                       Total   $ **0.00**   Copy total here=>  $ **0.00**

35. **Do you owe any priority claims such as a priority tax, child support, or alimony - that are past due as of the filing date of your bankruptcy case?** 11 U.S.C. § 507.

    ■ No.   Go to line 36.
    ☐ Yes.  Fill in the total amount of all of these priority claims. Do not include current or ongoing priority claims, such as those you listed in line 19.

           Total amount of all past-due priority claims _____  $ **0.00**  ÷ 60 =  $ **0.00**

36. **Are you eligible to file a case under Chapter 13?** 11 U.S.C. § 109(e).
    For more information, go online using the link for *Bankruptcy Basics* specified in the separate
    instructions for this form. *Bankruptcy Basics* may also be available at the bankruptcy clerk's office.

    ☒ No. Go to line 37.
    ☐ Yes. Fill in the following information.

    Projected monthly plan payment if you were filing under Chapter 13  $ _____

    Current multiplier for your district as stated on the list issued by the
    Administrative Office of the United States Courts (for districts in Alabama
    and North Carolina) or by the Executive Office for United States Trustees (for
    all other districts).  x _____

    To find a list of district multipliers that includes your district, go online using the
    link specified in the separate instructions for this form. This list may also be
    available at the bankruptcy clerk's office.

    Average monthly administrative expense if you were filing under Chapter 13  $ _____   **Copy total here=>** $ _____

37. **Add all of the deductions for debt payment.**
    Add lines 33e through 36.                                                                $    **2,818.45**

**Total Deductions from Income**

38. **Add all of the allowed deductions.**

    Copy line 24, *All of the expenses allowed under IRS expense allowances*   $    **3,551.98**
    Copy line 32, *All of the additional expense deductions*                   $        **0.00**
    Copy line 37, *All of the deductions for debt payment*                    +$    **2,818.45**

    Total deductions  $  **6,370.43**   **Copy total here.........=>**  $  **6,370.43**

**Part 3:  Determine Whether There is a Presumption of Abuse**

39. **Calculate monthly disposable income for 60 months**

    39a. Copy line 4, *adjusted current monthly income*   $    **5,625.60**
    39b. Copy line 38, *Total deductions*                - $    **6,370.43**

    39c. Monthly disposable income. 11 U.S.C. § 707(b)(2).
         Subtract line 39b from line 39a                  $       **0.00**   **Copy here=>** $    **0.00**

    For the next 60 months (5 years)  x 60

    39d. **Total.** Multiply line 39c by 60               $       **0.00**   **Copy here=>** $    **0.00**

40. **Find out whether there is a presumption of abuse.** Check the box that applies:

    ☒ **The line 39d is less than $7,700\*.** On the top of page 1 of this form, check box 1, *There is no presumption of abuse.* Go to Part 5.

    ☐ **The line 39d is more than $12,850\*.** On the top of page 1 of this form, check box 2, *There is a presumption of abuse.* You may fill out Part 4 if you claim special circumstances. Go to Part 5.

    ☐ **The line 39d is at least $7,700\*, but not more than $12,850\*.** Go to line 41.

    \*Subject to adjustment on 4/01/19, and every 3 years after that for cases filed on or after the date of adjustment.

41.  41a.  **Fill in the amount of your total nonpriority unsecured debt.** If you filled out *A Summary of Your Assets and Liabilities and Certain Statistical Information Schedules* (Official Form 106Sum), you may refer to line 3b on that form.  41a. $ _____
                                                                                                            x    .25

     41b.  **25% or your total nonpriority unsecured debt.** 11 U.S.C. § 707(b)(2)(A)(i)(I)   $ _____   **Copy here=>**   $ _____
           Multiply line 41a by 0.25..................................................................

42. **Determine whether the income you have left over after subtracting all allowed deductions is enough to pay 25% of your unsecured, nonpriority debt.**
    Check the box that applies:

    ☐ **Line 39d is less than line 41b.** On the top of page 1 of this form, check box 1, *There is no presumption of abuse.* Go to Part 5.

    ☐ **Line 39d is equal to or more than line 41b.** On the top of page 1 of this form, check box 2, *There is a presumption of abuse.* You may fill out Part 4 if you claim special circumstances. Then go to Part 5.

## Part 4: Give Details About Special Circumstances

43. **Do you have any special circumstances that justify additional expenses or adjustments of current monthly income for which there is no reasonable alternative?** 11 U.S.C. § 707(b)(2)(B).

    ■ No.  Go to Part 5.

    ☐ Yes. Fill in the following information. All figures should reflect your average monthly expense or income adjustment for each item. You may include expenses you listed in line 25.

    You must give a detailed explanation of the special circumstances that make the expenses or income adjustments necessary and reasonable. You must also give your case trustee documentation of your actual expenses or income adjustments.

| Give a detailed explanation of the special circumstances | Average monthly expense or income adjustment |
|---|---|
| _____ | $ _____ |
| _____ | $ _____ |
| _____ | $ _____ |
| _____ | $ _____ |

## Part 5: Sign Below

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X **/s/ James K. Donovan**                              X **/s/ Alison M. Donovan**
  **James K. Donovan**                                    **Alison M. Donovan**
  Signature of Debtor 1                                   Signature of Debtor 2

Date **September 11, 2017**                           Date **September 11, 2017**
     MM / DD / YYYY                                        MM / DD / YYYY