| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **James K. Donovan** |
| | First Name     Middle Name     Last Name |
| Debtor 2 (Spouse if, filing) | **Alison M. Donovan** |
| | First Name     Middle Name     Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA, WILKES-BARRE DIVISION |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Sign Below**

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ James K. Donovan**
**James K. Donovan**
Signature of Debtor 1

Date **September 11, 2017**

X **/s/ Alison M. Donovan**
**Alison M. Donovan**
Signature of Debtor 2

Date **September 11, 2017**

Case 5:17-bk-02450-JJT    Doc 27    Filed 09/11/17    Entered 09/11/17 16:09:01    Desc
Main Document     Page 1 of 1