# Payslip Details

| Employee Details | |
|---|---|
| Person Number | 23028964 |
| Name | James Donovan |
| Home Address | 900 Timberfalls Lane - J4<br>Blakely, PA 18447 |
| Company | Bank of America, National Association<br>100 North Tryon Street<br>Suite 170<br>Charlotte, NC 28202 |
| Work Location | US - PA - Scranton - 1 Fleet Way (PA6580) |
| State Business ID# | 9235-8613 |
| Cost Center | 0001254470 |
| GL Company | 2318 |
| Pay Rate | $19.19 Hourly |

| Payroll Details | |
|---|---|
| Pay Frequency | Bi-weekly |
| Pay Begin Date | 08/21/2017 |
| Pay End Date | 09/03/2017 |
| Advice # | N/A |
| Pay Date | 09/08/2017 |

| Tax Details | |
|---|---|
| Federal Tax Marital Status | Single |
| Federal Allowances | 0 |
| Federal Addl Withholding | $0.00 |
| PA Tax Marital Status | |
| PA Allowances | 0 |
| PA Addl Withholding | $0.00 |

| Hours and Earnings | | | | | | | |
|---|---|---|---|---|---|---|---|
| Description | Prior Period Begin Date | Prior Period End Date | Rate | Current Hours | YTD Hours | Current Earnings | YTD Earnings |
| Holiday | | | 19.19 | 8 | 40 | 153.52 | 761.52 |
| Occasional Illness | | | 19.19 | 8 | 42 | 153.52 | 802.18 |
| Time-and-a-Half OT | | | | | | | 7.20 |
| Paternity Leave Pay | | | | | | | 12,038.40 |
| New Parent Kit GU | | | | | | | 139.22 |
| Purchased Time Off | | | | | | | 767.60 |
| Regular Earnings | | | 19.19 | 60 | 567.5 | 1,151.40 | 10,866.77 |
| Vacation Pay | | | 19.19 | 4 | 72 | 76.76 | 1,369.52 |
| **Total (Hours and Earnings)**<br>* indicates an Imputed Earning | | | | | | **1,535.20** | **26,752.41** |

| Employee Taxes | | | | |
|---|---|---|---|---|
| Description | Current Wages | YTD Wages | Current Withheld | YTD Withheld |
| Social Security | 1,396.17 | 24,500.86 | 86.56 | 1,519.05 |
| Medicare | 1,396.17 | 24,500.86 | 20.24 | 355.26 |
| Federal Withholding | 1,396.17 | 24,500.86 | 178.22 | 3,108.07 |
| State Tax - PA | 1,396.17 | 24,500.86 | 42.86 | 752.15 |
| Unemployment Ins - PA | 1,535.20 | 26,752.41 | 1.08 | 18.73 |
| City - MOOSI | 1,396.17 | 24,500.86 | 13.96 | 245.00 |
| PA Local Service Tax - | 1,396.17 | 23,135.06 | 2.00 | 36.00 |
| **Total (Taxes)** | | | **344.92** | **6,034.26** |

| Pre-Tax Deductions | | |
|---|---|---|
| Description | Current | YTD |
| AD&D Insurance | 1.62 | 25.68 |
| Dental (Adjustment) | | -11.56 |
| Dental (Regular) | 11.56 | 196.52 |
| Health FSA | 10.01 | 169.91 |
| Medical (Adjustment) | | -118.40 |
| Medical (Regular) | 83.78 | 1,389.64 |
| Purchased Time Off (Adjustment) | | 57.86 |
| Purchased Time Off (Regular) | 28.94 | 491.98 |
| Vision (Adjustment) | | -3.12 |
| Vision (Regular) | 3.12 | 53.04 |
| **Total (Pre-Tax Deductions)** | **139.03** | **2,251.55** |

| Direct Deposit Distribution | | | |
|---|---|---|---|
| Financial Institution | Account | Type | Amount |
| PENN FEDERAL CREDIT UNION | ******1024 | Checking | 1,037.31 |

| After-Tax Deductions | | |
|---|---|---|
| Description | Current | YTD |
| AD&D Ins Post-tax (Adjustment) | | 4.76 |
| Dental Post-Tax (Adjustment) | | 34.68 |
| LTD Insurance-After Tax | 1.24 | 21.96 |
| Medical Post-Tax (Adjustment) | | 251.32 |
| GU Offsets | | 86.00 |
| Assoc Supp Life Ins | 12.70 | 238.48 |
| Vision Post-tax (Adjustment) | | 9.36 |
| **Total (After-Tax Deductions)** | **13.94** | **646.56** |

| Pay Summary | | | | | |
|---|---|---|---|---|---|
| | Gross (less imputed) | less Pre-Tax Deductions | less Taxes | less After-Tax Deductions | equals Net Pay |
| Current | 1,535.20 | 139.03 | 344.92 | 13.94 | 1,037.31 |
| YTD | 26,752.41 | 2,251.55 | 6,034.26 | 646.56 | 17,820.04 |

Visit HR Connect > Money > Payslips for information about your payslip. If you have questions, please contact the Global HR Service Center at 800.556.6044