# Payslip Details

| Employee Details | |
|---|---|
| Person Number | 28695386 |
| Name | Alison Donovan |
| Home Address | 1741 Forest Acres Drive<br>Clarks Summit, PA 18411 |
| Company | Bank of America, National Association<br>100 North Tryon Street<br>Suite 170<br>Charlotte, NC 28202 |
| Work Location | US - PA - Scranton - 1 Fleet Way (PA6580) |
| State Business ID# | 9235-8613 |
| Cost Center | 0001222902 |
| GL Company | 2110 |
| Pay Rate | $18.65  Hourly |

| Payroll Details | |
|---|---|
| Pay Frequency | Bi-weekly |
| Pay Begin Date | 08/21/2017 |
| Pay End Date | 09/03/2017 |
| Advice # | N/A |
| Pay Date | 09/08/2017 |

| Tax Details | |
|---|---|
| Federal Tax Marital Status | Single |
| Federal Allowances | 0 |
| Federal Addl Withholding | $0.00 |
| PA Tax Marital Status |  |
| PA Allowances | 0 |
| PA Addl Withholding | $0.00 |

| Hours and Earnings | | | | | | | |
|---|---|---|---|---|---|---|---|
| Description | Prior Period Begin Date | Prior Period End Date | Rate | Current Hours | YTD Hours | Current Earnings | YTD Earnings |
| STD Leave Pay-100% | | | | | | | 4,970.40 |
| Holiday | | | | | | | 149.20 |
| *HCA Imputed Income | | | | | | | 378.42 |
| Maternity Pay | | | | | | | 431.64 |
| Maternity Pay | | | | | | | 6,540.00 |
| Maternity Pay | | | | | | | 2,485.20 |
| Occasional Illness | | | 18.65 | 16 | 48 | 298.40 | 895.20 |
| Time-and-a-Half OT | | | 27.975 | 0.167 | 4.75 | 4.67 | 132.89 |
| Regular Earnings | | | 18.65 | 56 | 389.25 | 1,044.40 | 7,259.53 |
| Maternity Pay | | | | | | | 1,007.16 |
| Vacation Pay | | | 18.65 | 8 | 76 | 149.20 | 1,417.40 |
| **Total (Hours and Earnings)**<br>* indicates an Imputed Earning | | | | | | **1,496.67** | **25,667.04** |

| Employee Taxes | | | | |
|---|---|---|---|---|
| Description | Current Wages | YTD Wages | Current Withheld | YTD Withheld |
| Social Security | 1,298.73 | 22,549.47 | 80.52 | 1,398.07 |
| Medicare | 1,298.73 | 22,549.47 | 18.83 | 326.97 |
| Federal Withholding | 1,298.73 | 22,549.47 | 163.61 | 2,924.33 |
| State Tax - PA | 1,298.73 | 22,549.47 | 39.87 | 692.26 |
| Unemployment Ins - PA | 1,496.67 | 25,667.04 | 1.05 | 17.97 |
| City - MOOSI | 1,298.73 | 22,549.47 | 12.99 | 225.49 |
| PA Local Service Tax - | 1,298.73 | 21,130.87 | 2.00 | 34.00 |
| **Total (Taxes)** | | | **318.87** | **5,619.09** |

| Pre-Tax Deductions | | |
|---|---|---|
| Description | Current | YTD |
| AD&D Insurance | 0.20 | 3.16 |
| Dental (Regular) | 11.56 | 196.52 |
| Health FSA | 69.74 | 1,002.58 |
| Medical (Adjustment) | | 39.00 |
| Medical (Regular) | 88.17 | 1,420.87 |
| Purchased Time Off (Regular) | 25.15 | 402.40 |
| Vision (Regular) | 3.12 | 53.04 |
| **Total (Pre-Tax Deductions)** | **197.94** | **3,117.57** |

| Direct Deposit Distribution | | | |
|---|---|---|---|
| Financial Institution | Account | Type | Amount |
| BANK OF AMERICA N.A. | ******6543 | Checking | 890.34 |

| After-Tax Deductions | | |
|---|---|---|
| Description | Current | YTD |
| 401(k) Plan Loan (002) | | 263.10 |
| 401(k) Plan Loan (002) | 26.30 | 157.80 |
| 401(k) Plan Loan (003) | | 632.20 |
| 401(k) Plan Loan (003) | 63.22 | 379.32 |
| **Total (After-Tax Deductions)** | **89.52** | **1,432.42** |

| Pay Summary | | | | | |
|---|---|---|---|---|---|
| | Gross (less imputed) | less Pre-Tax Deductions | less Taxes | less After-Tax Deductions | equals Net Pay |
| Current | 1,496.67 | 197.94 | 318.87 | 89.52 | 890.34 |
| YTD | 25,288.62 | 3,117.57 | 5,619.09 | 1,432.42 | 15,119.54 |

Visit HR Connect > Money > Payslips for information about your payslip. If you have questions, please contact the Global HR Service Center at 800.556.6044