In re:                                                                  Case No. 17-02450-JJT
James K Donovan                                                         Chapter 7
Alison M Donovan
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5           User: JGoodling            Page 1 of 2           Date Rcvd: Sep 11, 2017
                               Form ID: 309A              Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 13, 2017.
```
db/jdb     +James K Donovan,    Alison M Donovan,    1741 Forest Acres Drive,    Clarks Summit, PA 18411-9532
aty        +James Warmbrodt,    701 Market Street Suite 5000,    Philadephia, PA 19106-1541
tr         +John J Martin (Trustee),    Law Offices of John J Martin,    1022 Court Street,
             Honesdale, PA 18431-1925
4933125     Assetcare,    Sherman, TX 75090
4933128     Ctech Coll,    5505 Nesconset Hwy,    Mount Sinai, NY 11766-2037
4933130     KML Law Group, P.C.,    701 Market St Ste 500,    Philadelphia, PA 19106-1538
4933131     Lakeview Loan Servicing, LLC,    4425 Ponce de Leon Blvd,    Coral Gables, FL 33146-1837
4933134     Medical Data Systems I,    2120 15th Ave,    Vero Beach, FL 32960-3436
4940920    +NAPA at Moses Taylor Hospital - PA,    C. Tech Collections, Inc.,    5505 Nesconset Hwy - Ste 200,
             Mt. Sinai, NY 11766-2026
4944664    +Navient Solutions, LLC.,    220 lasley ave,    WILKES-BARRE, PA 18706-1430
4960667    +PHEAA,    PO Box 8147,    Harrisburg PA 17105-8147
4933139     Tek-Collect Inc,    871 Park St,    Columbus, OH 43215-1441
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty         E-mail/Text: pkane@kanelegal.org Sep 11 2017 19:03:58      Patrick Anthony Kane, III,
             Law Office of Patrick A. Kane, LLC,    960 Scranton-Carbondale Highway,    Archbald, PA  18403
ust        +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Sep 11 2017 19:04:45      United States Trustee,
             228 Walnut Street, Suite 1190,    Harrisburg, PA 17101-1722
4933123     EDI: AMEREXPR.COM Sep 11 2017 19:03:00      Amex,   Correspondence,    PO Box 981540,
             El Paso, TX 79998-1540
4933124     EDI: AMEREXPR.COM Sep 11 2017 19:03:00      Amex,    PO Box 297871,
             Fort Lauderdale, FL 33329-7871
4933127     EDI: CAPITALONE.COM Sep 11 2017 19:03:00      Capital One,    15000 Capital One Dr,
             Richmond, VA 23238-1119
4933126     EDI: CAPITALONE.COM Sep 11 2017 19:03:00      Capital One,    Attn: Bankruptcy,    PO Box 30253,
             Salt Lake City, UT 84130-0253
4933129    +EDI: NAVIENTFKASMDOE.COM Sep 11 2017 19:04:00      Dept of Ed/Navient,    Attn: Claims Dept,
             PO Box 9635,    Wilkes Barre, PA 18773-9635,    Dept of Ed/Navient,    PO Box 18773-9635
4944395    +E-mail/Text: camanagement@mtb.com Sep 11 2017 19:04:39      Lakeview Loan Servicing, LLC,
             c/o M&T Bank,    P.O. Box 1288,    Buffalo, NY 14240-1288
4933132     E-mail/Text: camanagement@mtb.com Sep 11 2017 19:04:39      M & T Bank,    1 Fountain Plz,
             Buffalo, NY 14203-1420
4933133     E-mail/Text: camanagement@mtb.com Sep 11 2017 19:04:39      M & T Bank,    PO Box 844,
             Buffalo, NY 14240-0844
4945553     EDI: AGFINANCE.COM Sep 11 2017 19:03:00      ONEMAIN,    P.O. BOX 3251,
             EVANSVILLE, IN 47731-3251
4933136     EDI: AGFINANCE.COM Sep 11 2017 19:03:00      OneMain,    Attn: Bankruptcy,    601 NW 2nd St,
             Evansville, IN 47708-1013
4933137     EDI: AGFINANCE.COM Sep 11 2017 19:03:00      Onemain,    PO Box 1010,    Evansville, IN 47706-1010
4933785    +EDI: PRA.COM Sep 11 2017 19:03:00      PRA Receivables Management, LLC,    PO Box 41021,
             Norfolk, VA 23541-1021
4933138     EDI: PRA.COM Sep 11 2017 19:03:00      Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,
             Norfolk, VA 23502-4952
4960282     EDI: Q3G.COM Sep 11 2017 19:04:00      Quantum3 Group LLC as agent for,    CF Medical LLC,
             PO Box 788,    Kirkland, WA 98083-0788
4960283     EDI: Q3G.COM Sep 11 2017 19:04:00      Quantum3 Group LLC as agent for,
             CASCADE CAPITAL LLC SERIES C,    PO Box 788,    Kirkland, WA 98083-0788
                                                                                               TOTAL: 17
```

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
4933135     Navient,    PO Box 9500,    Wilkes Barre, PA 18773-9500,    Navient,    Attn: Bankruptcy,
             PO Box 9500
4948158     Navient,    PO Box 9500,    Wilkes Barre, PA 18773-9500,    Navient,    Attn: Bankruptcy,
             PO Box 9500
cr*        +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4948146*    Amex,   Correspondence,    PO Box 981540,    El Paso, TX 79998-1540
4948147*    Amex,    PO Box 297871,    Fort Lauderdale, FL 33329-7871
4948148*    Assetcare,    Sherman, TX 75090
4948150*   ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One,    15000 Capital One Dr,    Richmond, VA 23238-1119)
4948149*    Capital One,    Attn: Bankruptcy,    PO Box 30253,    Salt Lake City, UT 84130-0253
4948151*    Ctech Coll,    5505 Nesconset Hwy,    Mount Sinai, NY 11766-2037
4948152*   +Dept of Ed/Navient,    Attn: Claims Dept,    PO Box 9635,    Wilkes Barre, PA 18773-9635,
             Dept of Ed/Navient,    PO Box 18773-9635
4948153*    KML Law Group, P.C.,    701 Market St Ste 500,    Philadelphia, PA 19106-1538
4948154*    Lakeview Loan Servicing, LLC,    4425 Ponce de Leon Blvd,    Coral Gables, FL 33146-1837
4948155*   ++M&T BANK,    LEGAL DOCUMENT PROCESSING,    1100 WHERLE DRIVE,    WILLIAMSVILLE NY 14221-7748
             (address filed with court: M & T Bank,    1 Fountain Plz,    Buffalo, NY 14203-1420)
4948156*   ++M&T BANK,    LEGAL DOCUMENT PROCESSING,    1100 WHERLE DRIVE,    WILLIAMSVILLE NY 14221-7748
             (address filed with court: M & T Bank,    PO Box 844,    Buffalo, NY 14240-0844)
4948157*    Medical Data Systems I,    2120 15th Ave,    Vero Beach, FL 32960-3436
```

```
             ***** BYPASSED RECIPIENTS (continued) *****
4948159*          OneMain,    Attn: Bankruptcy,    601 NW 2nd St,    Evansville, IN 47708-1013
4948160*          Onemain,    PO Box 1010,    Evansville, IN 47706-1010
4948161*          Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
4948162*          Tek-Collect Inc,    871 Park St,    Columbus, OH 43215-1441
                                                                          TOTALS: 2, * 17, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2017                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 11, 2017 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor   LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com
              John J Martin (Trustee)    pa36@ecfcbis.com, trusteemartin@martin-law.net
              Patrick Anthony Kane, III    on behalf of Debtor James K Donovan pkane@kanelegal.org,
               kanelegal@gmail.com
              Patrick Anthony Kane, III    on behalf of Joint Debtor Alison M Donovan pkane@kanelegal.org,
               kanelegal@gmail.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                    TOTAL: 5
```

| **Information to identify the case:** | | | |
|---|---|---|---|
| Debtor 1 | **James K Donovan** | Social Security number or ITIN | **xxx–xx–6398** |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Alison M Donovan** | Social Security number or ITIN | **xxx–xx–5096** |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Middle District of Pennsylvania** | Date case filed in chapter **13** | **June 12, 2017** |
| Case number: | **5:17–bk–02450–JJT** | Date case converted to chapter **7** | **September 8, 2017** |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| **1.** | **Debtor's full name** | James K Donovan | Alison M Donovan |
| **2.** | **All other names used in the last 8 years** | | |
| **3.** | **Address** | 1741 Forest Acres Drive<br>Clarks Summit, PA 18411 | 1741 Forest Acres Drive<br>Clarks Summit, PA 18411 |
| **4.** | **Debtor's attorney**<br>Name and address | Patrick Anthony Kane III<br>Law Office of Patrick A. Kane, LLC<br>960 Scranton–Carbondale Highway<br>Archbald, PA 18403 | Contact phone 570–876–6904<br><br>Email:  pkane@kanelegal.org |
| **5.** | **Bankruptcy trustee**<br>Name and address | John J Martin (Trustee)<br>Law Offices of John J Martin<br>1022 Court Street<br>Honesdale, PA 18431 | Contact phone 570 253–6899<br><br>Email:  pa36@ecfcbis.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page **1**

| 6. | **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court 274 Max Rosenn U.S. Courthouse 197 South Main Street Wilkes–Barre, PA 18701 | Hours open Monday – Friday 9:00 AM to 4:00 PM Contact phone (570) 831–2500 Date: September 11, 2017 |
|---|---|---|---|
| 7. | **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **October 6, 2017 at 09:30 AM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. **\*\*\* Valid photo identification and proof of social security number are required \*\*\*** | Location: **Wm J Nealon Fed Bldg/US Courthouse, room to be determined, Washington & Linden Streets, Scranton, PA 18503** |
| 8. | **Presumption of abuse** If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| 9. | **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** **You must file a complaint:** - if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or - if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). **You must file a motion:** - if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline:** December 5, 2017 |
| | | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim** Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                    page **2**