Certificate Number: 16339-PAM-DE-030158011

Bankruptcy Case Number: 17-02450



16339-PAM-DE-030158011

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 11, 2017</u>, at <u>11:07</u> o'clock <u>AM EST</u>, <u>James Donovan</u> completed a course on personal financial management given <u>by internet</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:   <u>November 11, 2017</u>          By:      <u>/s/Kelley Tipton</u>

Name:  <u>Kelley Tipton</u>

Title:   <u>Certified Financial Counselor</u>